Robert W. Wheeler, Keytesville, for Respondent Juvenile Officer.

Dale L. Linneman, Keytesville, for Attorney and Guardian.

Before: SPINDEN, P.J., HOLLIGER and HARDWICK, JJ.

## ORDER

PER CURIAM.

C.B. appeals from a judgment terminating parental rights to his children, C.R.B and R.L.B. He contends the trial court erred in allowing the Division of Family Services to discontinue reasonable efforts to reunify the family. Upon review of the record, we find no error and affirm the judgment. Because a published opinion would have no precedential value, we have provided the parties with a Memorandum explaining the reasons for our decision.

Affirmed. Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Dora A. Fichter, Jefferson City, MO, for Respondent.

Before ROBERT G. ULRICH, P.J., HAROLD L. LOWENSTEIN and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Alonzo Miller appeals from the judgment of the motion court denying his Rule 29.15 motion for postconviction relief without an evidentiary hearing. In his motion, he sought to vacate his conviction for assault in the second degree, section 565.060, RSMo 2000, and sentence of twenty years imprisonment. Mr. Miller contends that trial counsel was ineffective for failing to impeach a State's witness with her original statement to police. The judgment of the motion court is affirmed. Rule 84.16(b).

Alonzo MILLER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62948.

Missouri Court of Appeals,
Western District.

May 18, 2004.

Patricia A. SPAYD, Respondent,

v.

Ralph H. CRUSE, Jr., Appellant.

No. WD 63073.

Missouri Court of Appeals,
Western District.

May 18, 2004.

Susan L. Hogan, Kansas City, MO, for Appellant.

J. Michael Murphy, Liberty, MO, for Appellant.